Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise is not of the character of watch movements described in said subdivision (5), it was held that the watch movements were not subject to the additional duty of 75 cents.

BEFORE THE THIRD DIVISION, MAY 27, 1958

**No. 62002.**—McKesson & Robbins, Inc. *v.* United States, protests 273961–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 62003.**—Capitol Distributors Corp. et al. *v.* United States, protests 308215–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 62004.**—Juan A. Vega *v.* United States, protest 320717–K (San Juan).

Opinion by JOHNSON, J. An examination of exhibit 1 showing that the collector would now classify the merchandise in question free of duty, the claim of the plaintiff was sustained.

**No. 62005.**—The Borregaard Co., Inc., and F. L. Kraemer & Co. *v.* United States, protests 309442–K and 293862–K (New York).